UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GERALD PROPHETE,

               Plaintiff,

       - against -

OFFICE OF THE STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS,

               Defendant.

-----------------------------------------------------------X

**JUDGMENT**
13-CV-1057 (RRM)(JO)

      A Memorandum and Order of the undersigned having been filed this day dismissing the complaint, it is

      ORDERED, ADJUDGED AND DECREED that the complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.


Dated: Brooklyn, New York
       February 28, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge